| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

| In Re:<br><br>Charlene Knight-Watts | Case No.:     22-10975<br><br>Adversary No.: <br><br>Chapter:     13<br><br>Judge:     ABA |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     Campbell Federal Credit Union
(Example: John Smith, creditor)

Old address:     4 Neshaminy Interplex
            Feasterville Trevose, PA  19053

New address:     494 Route 38 East
            Maple Shade, NJ  08052

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:     3/11/22            /s/ Mark W. Ford, Esquire
                                       Signature

*rev.8/1/2021*