Form oavolssn − oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10975−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlene Knight−Watts
   aka Charlene Watts
   12 Blue Ridge Road
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−0084

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO VOLUNTARY PETITION AND/OR
## STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on March 11, 2022, and for good cause shown, it is

ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the debtor must mail, by regular and certified mail, a notice correcting the social security number to the three national credit reporting agencies: Experian; Trans Union Corporation; Equifax Credit Information Services, Inc., or/and their successors and assigns, at their last known address on their website and file a separate Certification of Service regarding proof of same not later than 7 days after the date of this Order.

It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: March 14, 2022
JAN:

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10975-ABA |
| Charlene Knight-Watts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2022 | Form ID: oavolssn | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charlene Knight-Watts, 12 Blue Ridge Road, Voorhees, NJ 08043-1202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mark W Ford | on behalf of Debtor Charlene Knight-Watts markfordlaw@juno.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2022 | Form ID: oavolssn | Total Noticed: 2 |

reginaperfetti1@gmail.com,9716852420@filings.docketbird.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4