**◢JUNO** Message Center

**From:** USBankruptcyCourts@noticingcenter.com

**To:** markfordlaw@juno.com

**Sent:** Tue, Mar 15, 2022 01:00 PM

**Subject:** U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Charlene Knight-Watts, Case Number: 22-10975, ABA, Ref: [p-175199734]

🖉 B_P12210975309I001... (16KB)

Notice of Undeliverable Mail to Debtor/Debtor's Attorney
March 16, 2022
From: United States Bankruptcy Court, District of New Jersey
Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
     In re: Charlene Knight-Watts, Case Number 22-10975, ABA
TO THE DEBTOR/DEBTOR'S ATTORNEY:
The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.
Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.
NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.
If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**401 Market Street**
**Camden, NJ 08102**

Undeliverable Address:
Investigative Recovery Service
Role type/cr id: 519502492
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
*9844 Sandalfoot Blvd Ste C*
*Boca Raton FL 33428-6696*

_____        *3.16.22*
Signature of Debtor or Debtor's Attorney        Date
*Mark N Ford*

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**