UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re:

Charlene Knight-Watts

Case Number: 22-10975

Judge: ABA

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## X CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.     X☐     Motion for Relief from the Automatic Stay filed

       By_____New Jersey Housing and Mortgage Finance Agency creditor,

A hearing has been scheduled for, at

OR

Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for <u>July 5, 2022 at 10:00 am</u>.

      ☐     Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

      ☐     Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❑ I am sending a mortgage payment overnight tonight, June 28, 2022 and will send a payment of one half each month to catch up on the post-petition mortgage arrears.

This certification is being made in an effort to resolve the issues raised by the Trustee in its motion.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: 6-28-22              /s/Charlene Knight-Watts

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**