| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor<br><br>In Re:  Charlene Knight | Case Number:    22-10975<br><br>Judge:    ABA<br><br>Chapter:    13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## CERTIFICATION OF SERVICE

1. I, Regina Perfetti:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for <u>Mark W. Ford</u>, who represents the <u>Debtors</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 18, 2022   I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Order respecting amendment to voluntary petition and/or statement of social security number

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  7/18/22 _____        /s/ Regina Perfetti_____
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All creditors on the attached list | | ❏ Hand-delivered<br>x  Regular mail<br>Certified mail/RR<br>❏ E-mail<br>Notice of Electronic Filing<br>❏ Other<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>Regular mail<br>Certified mail/RR<br>❏ E-mail<br>Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>x  Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |

2

| Label Matrix for local noticing<br>0312-1<br>Case 22-10975-ABA<br>District of New Jersey<br>Camden<br>Mon Jul 18 14:18:41 EDT 2022 | U.S. Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08102-1568 | AMR MID ATLANTIC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 |
|---|---|---|
| Campbell Federal Credit Union<br>494 Route 38 East<br>Maple Shade, NJ 08052-2036 | (p)CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 |
| Investigative Recovery Service<br>9844 Sandalfoot Blvd<br>Ste C<br>Boca Raton, FL 33428-6696 | KML LAW GROUP<br>701 Market Street<br>#5000<br>Philadelphia, PA 19106-1541 | Sprint<br>C/O Enhanced Recovery Corporation<br>PO Box 57547<br>Jacksonville, FL 32241-7547 |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Charlene Knight<br>12 Blue Ridge Road<br>Voorhees, NJ 08043-1202 | Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002-2977 |
| Mark W Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030-1507 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Cenlar<br>P.O. Box 77404<br>Trenton, NJ 08628 | (d)Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618 | |
|---|---|---|

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)New Jersey Housing and Mortgage Finance Ag | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients    1<br>Total    13 | |
|---|---|---|