| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><small>Caption in Compliance with D.N.J. LBR 9004-2(c)</small><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re: Charlene Knight | Case Number: 22-10975<br>Judge: ABA<br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF SERVICE

1. I, Regina Perfetti:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for <u>Mark W. Ford</u>, who represents the <u>Debtors</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 18, 2022 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Order respecting amendment to voluntary petition and/or statement of social security number

3. **I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.**

Dated: <u>7/18/22</u>                                      /s/ Regina Perfetti<br>
                                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Experian<br>1265 Drummers Way<br>Wayne, PA  19087 | | ❏ Hand-delivered<br>　Regular mail<br>x Certified mail/RR<br>❏ E-mail<br>　Notice of Electronic Filing<br>❏ Other<br>(as authorized by the court *) |
| Trans Union Corporation<br>P.O. Box 2000<br>Chester, PA  19016 | | ❏ Hand-delivered<br>　Regular mail<br>x Certified mail/RR<br>❏ E-mail<br>　Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Equifax Credit Information Services<br>6000 Atrium Way<br>Mt. Laurel, NJ  08054 | | ❏ Hand-delivered<br>　Regular mail<br>❏ xCertified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>x  Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |

2