| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor<br><br>In Re:  Charlene Knight | Case Number:   22-10975<br><br>Judge:              ABA<br><br>Chapter:           13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |

## CERTIFICATION OF SERVICE

1. I, Regina Perfetti:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Mark W. Ford</u>, who represents the <u>Debtors</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 27 2022    I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Order Respecting Amendment to Schedule D, E/F, G or H or list of creditors, a copy of the applicable Notice of Chapter 13 bankruptcy case, notice of hearing on confirmation of plan, any modified plan

3. **I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.**

Dated: <u>09/27/22</u>                                           /s/ Regina Perfetti

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| All creditors on the attached list | | ❑ Hand-delivered<br>x  Regular mail<br>   Certified mail/RR<br>❑ E-mail<br>   Notice of Electronic Filing<br>❑ Other<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>   Regular mail<br>   Certified mail/RR<br>❑ E-mail<br>   Notice of Electronic Filing (NEF)<br>❑ Other<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❑ Hand-delivered<br>   Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-1<br>Case 22-10975-ABA<br>District of New Jersey<br>Camden<br>Tue Sep 27 13:53:22 EDT 2022 | U.S. Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08102-1568 | AMR MID ATLANTIC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 |
| Campbell Federal Credit Union<br>4 Neshaminy Interplex<br>Feasterville Trevose, PA 19053-6944 | Campbell Federal Credit Union<br>494 Route 38 East<br>Maple Shade, NJ 08052-2036 | (p)CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 |
| First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 | Investigative Recovery Service<br>9844 Sandalfoot Blvd<br>Ste C<br>Boca Raton, FL 33428-6696 | KML LAW GROUP<br>701 Market Street<br>#5000<br>Philadelphia, PA 19106-1541 |
| Sprint<br>C/O Enhanced Recovery Corporation<br>PO Box 57547<br>Jacksonville, FL 32241-7547 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Charlene Knight<br>12 Blue Ridge Road<br>Voorhees, NJ 08043-1202 |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002-2977 | Mark W Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030-1507 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cenlar<br>P.O. Box 77404<br>Trenton, NJ 08628 | (d)Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing, NJ 08618 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)New Jersey Housing and Mortgage Finance Ag | (u)Investigative Recovery Service<br>NO ADDRESS PROVIDED | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients    2<br>Total                  15 |