# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u> | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>bnicholas@kmllawgroup.com<br>New Jersey Housing and Mortgage Finance Agency | CASE NO. 22-10975 ABA<br>CHAPTER 13<br>Judge: Andrew B. Altenburg Jr. |

In re:

Charlene Knight-Watts

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 04/24/1997

I, _Lisa Casey_, employed as _VPDE_ by Cenlar FSB, for New Jersey Housing and Mortgage Finance Agency, hereby certifies the following information:

Recorded on <u>May 5, 1997</u> in Camden County, in Book <u>4684</u>, at Page <u>0705</u>.
Property Address: <u>12 Blueridge Road, Voorhees NJ 08043.</u>

Mortgage Holder: <u>New Jersey Housing and Mortgage Finance Agency</u>

Mortgagor(s)/ Debtor(s): <u>Charlene Knight-Watts</u>

POST-PETITION PAYMENTS (Petition filed on February 07, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered 07/08/2022. | | | | | - |
| $2,109.65 AO Payment Lump Sum | 07/08/2022 | | $2,109.65 | 10/05/2022 | - |
| $1,054.82 AO Payment 1 of 6 | 07/01/2022 | | $0.00 | | - |
| $2,109.65 | 07/01/2022 | | $0.00 | | - |
| $1,054.82 AO Payment 2 of 6 | 08/01/2022 | | $0.00 | | - |
| $2,109.65 | 08/01/2022 | | $0.00 | | - |
| $1,054.82 AO Payment 3 of 6 | 09/01/2022 | | $0.00 | | - |
| $2,109.65 | 09/01/2022 | | $0.00 | | - |
| $1,054.82 AO Payment 4 of 6 | 10/01/2022 | | $0.00 | | - |
| $2,109.65 | 10/01/2022 | | $0.00 | | |
| | | To Suspense | $1,145.35 | 10/05/2022 | $1,145.35 |
| **Total Due: $14,767.53** | | **Total Received: $3,255.00** | | **Arrears: $11,512.53** | |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $2,109.65
Agreed Order payments past due: 4 mos. X $1,054.82
Arrears: $11,512.53

Each current monthly payment is comprised of:
    Principal & Interest:   $1,432.96
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $676.69   (Specify: escrow)
    TOTAL   $2,109.65

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

_____
_____
_____

PRE-PETITION ARREARS: $125,910.93

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11/15/22

_____
Signature